**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL R. RAY,**

    **Plaintiff,**

v.                                                                                        Case No.  8:05-cv-423-T-30TGW

**CERTEGY CHECK SERVICES,**
**INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Reconsideration (Dkt. #11).  Plaintiff asks that this Court reconsider its previous order dismissing Plaintiff McCracken from this case and instructing Plaintiff McCracken to file his own separate action.

Plaintiff's Motion should be DENIED.  Additionally, this Court notes that Plaintiffs filed a similar action with substantially the same issues and parties on June 30, 2004, Case No. 04-CV-1536-EAK-TGW.  This case was dismissed by Judge Kovachevich for failure to serve process on September 10, 2004.  Accordingly, the instant action should be reassigned to Judge Kovachevich pursuant to Local Rule 1.04(a).

It is therefore ORDERED AND ADJUDGED that:

1.  Plaintiff's Motion for Reconsideration (Dkt. #11) is **DENIED**.

2. Plaintiff Ray shall, **WITHIN THIRTY (30) DAYS** of the date of this opinion, file an **AMENDED COMPLAINT** listing himself as the sole Plaintiff and deleting all allegations pertaining to Plaintiff McCracken. The Amended Complaint will completely supercede the original complaint, so Plaintiff must include all of his claims in this action in the amendment, and it should not refer back to the original complaint. Failure to file an amended complaint as directed will result in the **dismissal** of this proceeding **without further notice**.

3. The Clerk of Court is directed to **REASSIGN** this case to Judge Kovachevich in accordance with Local Rule 1.04(a).

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-423 Motn Reconsideration.wpd